In re DISNEY ENTERPRISES, INC.

No. 2010–1084.

United States Court of Appeals,
Federal Circuit.

March 18, 2010.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).